**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ANTHONY A WALL JR.,** | | **CIVIL ACTION** |
| **Plaintiff,** | | |
| **v.** | | |
| **TARGET CORPORATION,** | | **NO.  26CV482** |
| **Defendant.** | | |

**O R D E R**

**AND NOW**, this 30th day of April, 2026, upon consideration of Defendant Target Corporation's Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(5) and (6) (ECF Nos. 3, 14), and all responses in opposition thereto (ECF Nos. 13, 18), **IT IS HEREBY ORDERED** that Defendant's Motion is **GRANTED** and Plaintiff's Complaint (ECF No. 1, Ex. A) is **DISMISSED WITH PREJUDICE**.  The Clerk of Court **SHALL TERMINATE** the above-captioned case and mark it as **CLOSED**.

**BY THE COURT:**

S/ WENDY BEETLESTONE

**WENDY BEETLESTONE, C.J.**